

RECEIVED
MAIL ROOM

FEB 2 6 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Clerk of the Court,

I am writing to request a copy of the local rules governing civil procedure, or to be instructed as to how to obtain them, your pro se packet and the address at which I can write to Judge Liam O'Grady.

Also, please inform me of the status of my case: No. 1:13-CV-129-LO-IDD, Chesser, et al. v. Chesser, et al., and its pending motions. Please send me the Docket Sheet for this as well.

Finally, my wife is overseas and sending express mail costs her 50%+ of her monthly income. Can she fax motions to the court, or is there another cost effective way of timely filing from overseas? Regular mail can take several months.

Thank you,

Zachary Chesser
76715-083
USP Marion
PO Box 1000
Marion, IL 62959

Zachary Chesser
76715-083
USP Marion
PO Box 1000
Marion, IL 62959

 Legal Mail





⇔76715-083⇔
Albert Bryan Us Courthouse
401 Courthouse SQ
2nd Floor
Alexandria, VA 22314-5704
United States

22314$5704 C031