Clerk of the Court,

  This is in relation to the case numbered 1:13-CV-00129 LO/IDD, Chesser, et al. v. Chesser, et al.

  I have enclosed a copy of a motion to reconsider an order dismissing my complaint and to be granted leave to file an amended complaint. I have, as a part of this, enclosed a copy of the proposed amended complaint.

  The second exhibit in the amended complaint needs to be filed under seal, but the rest of the complaint should remain public.

  Thank you,

  Zachary Chesser

P.S. Also included: Notice of Appeal and Docketing Statement